THE MADISON
AND INDIAN-
APOLIS RAIL-
ROAD CO.
*v.*
BURNETT.

*Friday,
December 5.*

---

THE MADISON AND INDIANAPOLIS RAILROAD COMPANY *v.* BURNETT.

APPEAL from the *Johnson* Circuit Court.

*Friday,
December 5.*

*Per Curiam.*—The judgment in this case is reversed with costs, and cause remanded for a new trial, on the authority of *The Madison and Indianapolis Railroad Company* v. *Whiteneck,* at this term (1).

Nov. Term,
1856.

*W. M. Dunn* and *J. A. Hendricks*, for the appellant.

*F. M. Finch*, for the appellee.

